IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE OLIVAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN E. POTTER, UNITED STATES POSTAL SERVICE, POSTMASTER GENERAL, et al.,<br><br>　　　　　Defendants. | Case No. 2:09-CV-00091-JAM-DAD PS<br><br>ORDER APPROVING FEDERAL DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

　　　　Federal defendant's *ex parte* application for extension of time filed March 26, 2009, is hereby APPROVED. The time for federal defendant John E. Potter, United States Postmaster General, to respond to plaintiff's complaint shall be extended to May 13, 2009.

　　　　IT IS SO ORDERED.

DATED: March 27, 2009.

　　　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/olivar0091.ord