IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAR,

    Plaintiff,        No. CIV S-03-0891 GGH PS

   vs.

JOHN E. POTTER,

<u>ORDER</u>

    Defendant.

_____/

JESSE OLIVAR,

    Plaintiff,        No. MISC S-04-0379 LKK KJM PS

   vs.

JOHN E. POTTER,

<u>ORDER</u>

    Defendant.

_____/

JESSE OLIVAR,

    Plaintiff,        No. CIV S-05-0022 MCE KJM PS

1

| | | |
|---|---|---|
| 1 | vs. | |
| 2 | JOHN E. POTTER, | |
| 3 | | ORDER |
| 4 | Defendant. | |
| 5 | _____/ | |
| 6 | JESSE OLIVAR, | |
| 7 | Plaintiff, | No. CIV S-09-0091 JAM DAD PS |
| 8 | vs. | |
| 9 | JOHN E. POTTER, | |
| 10 | | ORDER |
| 11 | Defendant. | |
| 12 | _____/ | |

Examination of the above-entitled actions reveals that assignment of the matters to the same magistrate judge is not likely to effect a substantial saving of judicial effort. See Local Rule 83-123(a). The court therefore declines to relate these actions and reassign them to the same magistrate judge.

IT IS SO ORDERED.

DATED: May 28, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076/Olivar891.rel.wpd