IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAR,

    Plaintiff,                    No. CIV S-09-0091 JAM DAD PS

    vs.

JOHN E. POTTER, Postmaster        ORDER SETTING STATUS
General, USPS, et al.,                (PRETRIAL SCHEDULING)
                                                CONFERENCE
    Defendants.

_____/

        The parties are informed that they may, if all consent, proceed before a United States Magistrate Judge for all purposes while preserving the right to appeal to the Ninth Circuit Court of Appeals. An appropriate form for consent has been provided to plaintiff, and the form is also available on the court's web site. Any party choosing to consent may complete the form and return it to the Clerk of the Court at any time. Neither the magistrate judge nor the district judge handling the case will be notified of the filing of a consent form unless and until all parties to the action have filed consent forms.

        Defendant Potter has filed an answer to plaintiff's complaint. Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

        1. A Status (Pretrial Scheduling) Conference is set for **September 11, 2009, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

1

2. Each party shall appear at the Status Conference by counsel or, if proceeding <u>in propria persona</u>, on his own behalf.  Parties may appear at the conference either in person or telephonically.  To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days before the Status (Pretrial Scheduling) Conference.

3. Plaintiff shall file and serve his status report on or before **August 28, 2009,** and defendant shall file and serve his status report on or before **September 4, 2009**.  The status report shall address all of the following matters:

a. Progress of service of process;

b. Possible joinder of additional parties;

c. Possible amendment of the pleadings;

d. Jurisdiction and venue;

e. Anticipated motions and the scheduling thereof;

f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

i. Whether the case is related to any other case, including matters in bankruptcy;

j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

        l.        Any other matters that may aid in the just and expeditious disposition of this action.

      4. Plaintiff is cautioned that failure to file a timely status report or failure to appear at the status conference either in person or telephonically may result in a recommendation that this case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules.  <u>See</u> Local Rules 11-110 and 83-183.

DATED: June 10, 2009.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\olivar0091.ossc