IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAR,

    Plaintiff,    No. CIV S-09-0091 JAM DAD PS

    vs.

JOHN E. POTTER, Postmaster    ORDER
General, USPS, et al.,

    Defendants.
_____/

    Plaintiff, proceeding pro se, filed the above-entitled action in the United States District Court for the Eastern District of New York. The action was transferred to this court and has been referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On April 16, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed timely objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 16, 2009, are adopted in full; and

2. Defendant "Eli Lilly Pharm Company Business" is dismissed from this action without prejudice pursuant to Federal Rules of Civil Procedure 4(m) and 20(a)(2).

DATED: June 23, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

olivar0091.jo