IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAR,

      Plaintiff,                    No. CIV S-09-0091 JAM DAD PS

    vs.

JOHN E. POTTER, Postmaster
General, USPS, et al.,          ORDER

      Defendants.
_____/

      Plaintiff, who is proceeding pro se in this action, has requested an extension of time to file objections to the findings and recommendations filed in the case on September 16, 2010. Good cause appearing, plaintiff's request will be granted.

      In light of the additional time needed for objections and any reply, and for the district judge's final disposition of defendant's motion to dismiss, the dates currently set for final pretrial conference and trial will be vacated. If the case proceeds, new dates will be set.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's October 4, 2010 motion for extension of time to file objections (Doc. No. 59) is granted;

      2. Plaintiff shall file and serve his objections to findings and recommendations within twenty-eight days after being served with this order;

1

3. Any reply to plaintiff's objections shall be filed and served within fourteen days after electronic notice of the filing of the objections; and

4. The Final Pretrial Conference set for December 10, 2010, at 3:00 p.m. and the Bench Trial set for February 14, 2011, at 9:00 a.m. before the Honorable John A. Mendez are vacated pending disposition of defendant's motion to dismiss.

DATED: October 6, 2010.

                                                       /s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\olivar0091.ord.eot.objs